**99–1354.   State ex rel. Sevayega v. Pace.**

In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**99–1367.   State ex rel. Thrower v. Rothgery.**

In Mandamus. On motion for summary judgment. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**99–1375.   State ex rel. Kreuzer v. Clerk of Courts.**

In Mandamus. On motion to dismiss of the Greene County Clerk of Courts. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**99–1394.   State ex rel. Bristow v. Bryant.**

In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**99–1463.   Holloway v. Clermont Cty. Dept. of Human Serv.**

In Habeas Corpus. On petition for writ of habeas corpus by Sammye Holloway and on motion to dismiss petition for writ of habeas corpus. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.
On motion for sanctions for frivolous action. Motion denied.

MOYER, C.J., DOUGLAS and COOK, JJ., dissent.

**99–1480.   English v. Seidner.**

In Habeas Corpus. On petition for writ of habeas corpus by Derrick English. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.